# BLANKROME

One Logan Square
130 North 18th Street | Philadelphia, PA 19103-6998
blankrome.com

*Phone:*  (215) 569-5428
*Fax:*    (215) 689-4590
*Email:*  tbrodowski@blankrome.com

March 23, 2020

**Via ECF**
Hon. Joseph A. Dickson
Martin Luther King Building & U.S. Courthouse
50 Walnut St.
Newark, NJ 07101

Re:   Brian K. Nolan v. Credit Corp Solutions, Inc.
      No.: 2:19-cv-19612-BRM-JAD

Dear Judge Dickson:

Please recall that this firm is counsel to Defendant, Credit Corp Solutions, Inc., in the above-referenced matter. This letter is to advise the Court that the parties have reached a settlement, and are in the process of finalizing a confidential settlement agreement. Accordingly, the Telephone Status Conference scheduled for March 25, 2020 at 11:30 a.m. is unnecessary, and may be canceled.

Should Your Honor have any questions or wish to discuss the matter further, the parties are happy to oblige.

Respectfully yours,

Thomas M. Brodowski

TMB
cc: Ryan Gentile, Esq. (via email)