UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Brian K. Nolan, on behalf of himself and all others similarly situated<br><br>                    Plaintiff,<br>    v.<br><br>Credit Corp Solutions, Inc.<br><br>                    Defendant. | Civil Action No. 2:19-cv-19612-BRM-JAD<br><br>**STIPULATION OF DISMISSAL** |

    **IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the Plaintiff and Defendant in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action and all claims that were or could have been made herein by (a) Plaintiff, in his individual capacity, are hereby dismissed with prejudice, without costs to any party as against any other, and with each party bearing its own legal costs and expenses, and; (b) the Putative Class, defined in the Complaint, are dismissed without prejudice, without costs to any party against any other, and with each party bearing its own legal costs and expenses.

    **IT IS HEREBY FUTHER AGREED,** that this stipulation may be filed, without further notice, with the Court and may be executed by facsimile.

Dated: Floral Park, NY
       May 18, 2020

/s/ Ryan L. Gentile, Esq.
Law Offices of Gus Michael Farinella, PC
110 Jericho Turnpike – Suite 100
Floral Park, NY 11001
Tel: 201-873-7675
Email: rlg@lawgmf.com

/s/ Thomas M. Brodowski
Blank Rome
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel: 215.569.5428
Email: tbrodowski@blankrome.com

**SO ORDERED:**

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated:** May 18, 2020